UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael J. B.,            File No. 19-cv-839 (ECT/KMM)

    Plaintiff,

v.                         **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Nancy A. Berryhill, *Acting Commissioner of the Social Security Administration*,

    Defendant.

---

The Court has received the January 29, 2020 Report and Recommendation of United States Magistrate Judge Katherine Menendez. ECF No. 33. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.     The Report and Recommendation [ECF No. 33] is **ACCEPTED**;

2.     Defendant's Motion to Dismiss [ECF No. 8] is **GRANTED**; and

2.     Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: March 12, 2020            s/Eric C. Tostrud
                                         Eric C. Tostrud
                                         United States District Court